UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2025
```

AXIS BANK LIMITED, DIFC BRANCH, *et al.*,

        Plaintiffs,

-v-

VERIA LIFESTYLE, INC., *et al.*,

        Defendants.

**ORDER**

24-CV-2199 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' September 26, 2025 joint status report. ECF No. 46. The Parties are reminded that fact discovery shall be completed by November 20, 2025, and settlement discussions, which have been ongoing since at least April, are not cause for extending that deadline. *See* ECF Nos. 35, 37, 43. The parties shall submit a further joint status report by **October 29, 2025** describing the discovery that has been completed thus far and what remains to be completed by the November 20, 2025 fact discovery deadline.

**SO ORDERED.**

Dated: September 29, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge